RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 19 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division**

David Cobble
Plaintiff
V.

M. Brian Blake
President of
Georgia State University (GSU)

Fraud Against U.S. Citizens, Conspiracy to Subvert U.S. Constitution and Guarantee of Republican Form of Government, Violation of Civil Rights

CASE NO. 1:26-CV-6305

(Georgia Tech)

Ayanna Howard
President of Spelman College

Kathryn McClymond
President of Oglethorpe University

Christopher L. Augostini
President of Emory University

F. DuBois Bowman
President of Morehouse College

George T. French
President of Clark Atlanta University

Atlanta Liberation Center (ALC)
(Communists)

Democratic Socialists of America (DSA)
(Communists) / a.k.a. Atlanta Democratic Socialists of America)

Defendants (See addresses on page 6.)

# COMPLAINT AND DEMAND FOR DECLARATORY AND INJUNCTIVE RELIEF

## OVERVIEW OF THE LAW, FACTS AND ISSUES

**1.**

At the heart of this case is the matter of universities committing **fraud** to deceive students into the Communist conspiracy to takeover the United States. Moreover, the Constitution bars alternative

forms of government; and attempts to make the U.S. Communist (a.k.a. Socialist) is illegal and infringes on Plaintiff's right to a Republican form of government as "guaranteed" by **ARTICLE IV, Section 4** of the Constitution. (See Statement of Claim on page 7; Relief Wanted on page 18.)

On December 13, 2025 Communist vandals smashed the front driver side window of Plaintiff's leased car. It was retaliation for Plaintiff's First Amendment right to use street signs to warn the public of the Communist conspiracy to takeover America. Today, ten (10) months after Plaintiff's car was vandalized, the Communist conspiracy has become mainstream. It is a conspiracy because **1)** it is illegal to convert the United States Republic into another form of government and **2)** the Communists' means of taking over the United States is by criminal activity, including fraud, sedition and national violent unrest.

The "violence" aspect comes from the last section of Karl Marx's pamphlet, *Communist Manifesto*, which states: "Communists... openly declare that their ends can be attained only by the **forcible overthrow of all existing social conditions**."

It is apparent that the Democrat Party has placed extremely violent arch-Communist Hasan Piker at front of their national leadership for the purpose of national violent unrest at some appointed time. Piker is on record for saying things like "Let the streets run red with the blood of capitalists..." and "We gotta get back to cool crimes like... bank robberies..." (See attached to back the two (2) page Paper, *Karl Marx 'Communist Manifesto' Was Written to Destroy the Human Race*.)

This presents another matter of damages against Plaintiff, meaning Communists' (Socialists') policy of (and or very real likelihood of) violent retaliation against potential volunteers prevents Plaintiff from actively recruiting volunteers to meaningfully work toward countering the Commu-

nist conspiracy. For example, Turning Point USA does not field TP USA members in the community to expose the fraud Defendants commit to deceive students into Communism because TP USA fears violent retaliation against its members, which can involve murder, as everyone has witnessed in past years.

Currently, the Communist conspiracy is in the stage of widespread fraud and scattered violence. Overwhelmingly, the fraud is spearheaded by university and college professors—including the Defendants—who teach students the lie that Communism (a.k.a. Socialism) "can replace capitalism." That lie causes students and young people to anticipate and pursue a future without capitalism (free-enterprise)—which entails mass poverty and starvation by default, like Cuba and North Korea.

The claim that Communism (Socialism[1]) can replace capitalism is patently false. Capitalism is man's only viable means of production. To abolish the sole viable means of production would utterly decimate the human race, if not put humanity out of existence. One hundred-ninety (190) of the 192 nations on earth are capitalist. The two (2) sole nations that are not free-enterprise (capitalist) are Cuba and North Korea, which exist in mass, abject poverty and starvation.

The "abolish capitalism" pursuit also comes from the *Communist Manifesto*.

**Universities are gradually grounding America's population in a fake reality.**

The agenda to abolish the means of production by abolishing the free-enterprise system in the U.S. makes Communism a criminal enterprise. It is a means of destruction that is fraudulently promoted in Defendant universities (and other universities and colleges) as a harmless alternative form of government. Defendant education officials and schools—via professors who teach

1 Socialists in America are literally Communists because Socialists adhere to 100 percent of Karl Marx's *Communist Manifesto*. Communists like NYC Mayor Zohran Mamdani, who cast themselves as Socialists, is another part of their fraud.

Marxism—use Communist (Socialist) indoctrination to turn U.S. and foreign students against the United States. That becomes the crime of sedition (18 U.S.C. §2384) when students seek to overturn the United States government and or its Constitution.[2]

Below are four (4) other matters of fraud committed by Defendant universities and officials (and Communist groups) via professors who teach Marxism to students:

- The human race can survive without the free-enterprise system (capitalism) and the right to private property.
- Communism (Socialism) without capitalism, is a viable means of production and economics for a sovereign nation.
- It is legal for the United States to become a Communist (Socialist) nation.
- Communism without free-enterprise (capitalism) is harmless.

The Communist agenda has become mainstream in America precisely because universities indoctrinate students with these falsehoods. This fraudulent activity violates 18 USC §1031 and other fraud statutes. Fraud is not speech protected by the First Amendment, even from universities and colleges.

It is true that capitalism has its problems, but that's only because dishonest, corrupt people run U.S. institutions. Defendants and their proxies hide from students that capitalism would function the way it is supposed to if honest people are placed over American institutions. Concealment of this factor is also civil and criminal fraud.

For example, in 2025, over 1,200 regular U.S. citizens—per day—became millionaires owing to the adjustments the Trump Administration made to the U.S. economy. Mainly, his Administration removed burdensome, arbitrary and harmful regulations placed by Democrats and

2 That is precisely what Communist students did in the twentieth century in Russia and China.

globalists over the years to sabotage the proper operation of businesses. Over 438,000 Americans became millionaires in 2025 because a group of "more honest" government officials took steps to make capitalism function the way it is supposed to.

University professors and Communist groups go out of their way to hide such factors from students.

The United States Constitution forms the United States as a Constitutional Republic, which by default, outlaws all other forms of government in America. But owing to a measure of public resistance the Founding Fathers encountered when forming the United States, they knew there would be future attempts to change America into other forms of government. So they included **ARTICLE IV, Section 4** of the Constitution to specifically outlaw all other forms of government in the U.S. It states:

> "**The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion...**"

It is unconscionable and illegal (fraudulent) that university officials would conceal this part of the Constitution from students. This Constitutional provision binds the Court to protect and defend Plaintiff's—and every American's—right to a republican form of government.

## STANDING TO LITIGATE

**2.**

Plaintiff, like every American, has personal stake in addressing the Communist conspiracy to dismantle the United States. Moreover, his leased automobile was vandalized as a result of said conspiracy, of which Defendants are part. A party has "standing to sue" when he has a sufficient stake or interest in an otherwise justiciable controversy to obtain judicial resolution of the controversy. 405 U.S. 727, 98 S. Ct. 1361, 31 L. Ed. 636 (1972).

## JURISDICTION

**3.**

The Court has jurisdiction of this civil action under Rules 57 and 65, FRCP, to issue declaratoryand injunctive relief; All Writs Act, 18 U.S. Code §1651, courts "may issue all writs necessary of appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"; 28 U.S. Code §1331, federal questions under the Constitution and federal law; 42 U.S. Code §1985, conspiracy to interfere with civil rights; 28 U.S. Code §1361, writ of mandamus to compel legal obligations; *Marbury v. Madison*, 5 U.S. 137, 163 (1803), "[W]here there is a legal right, there is also a legal remedy by suit or action at law whenever the right is invaded."

## ADDRESSES OF PARTIES

| | |
|---|---|
| M. Brian Blake<br>President of Georgia State University<br>P.O. Box 3999<br>Atlanta, GA 30302-3999<br><br>Kathryn McClymond<br>President of Oglethorpe University<br>4484 Peachtree Rd NE<br>Atlanta, GA 30319<br><br>F. DuBois Bowman<br>President of Morehouse College<br>830 Westview Dr SW<br>Atlanta, GA 30314<br><br>Christopher L. Augostini<br>President of Emory University<br>Mailstop #1000/001/1AP<br>505 Kilgo Circle<br>Atlanta, GA 30322<br><br>Democratic Socialists of America<br>a.k.a. Atlanta Democratic Socialists of America<br>40 Courtland Street NE<br>Atlanta, GA 30303 | David Cobble<br>P.O. Box 570034<br>Atlanta, GA 30357<br><br>Angel Cabrera<br>President of Georgia Institute of Technology<br>223 Uncle Heinie Way, N.W.<br>Atlanta, GA 30332-0325<br><br>Ayanna Howard<br>President of Spelman College<br>350 Spelman Lane S.W.<br>Atlanta, GA 30314-4399<br><br>George T. French<br>President of Clark Atlanta University<br>223 James P. Brawley Dr., S.W.,<br>Atlanta, GA 30314<br><br>Atlanta Liberation Center<br>344 Candler Park Dr. NE<br>Atlanta, GA 30307 |

## STATEMENT OF CLAIM

1. By mainstreaming the push for Communism (Socialism), each defendant operates to delete the Constitution's "guarantee" of a Republican form of government promised to me and every U.S. citizen by the Constitution.

2. The policy of violence against political opponents that is expressed in Communist literature and distant and recent history—and embraced by Defendants—prevents Plaintiff from recruiting volunteers to counter Communist deceptions in communities.

3. **Defendant M. Brian Blake**, President of Georgia State University (GSU), employs professors (GSU Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

4. GSU Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

5. GSU Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

6. On December 13, 2025, Atlanta Communist foot soldiers (vandals) who were recruited or attracted by the Communist movement that GSU Communist professors promote in Atlanta, vandalized my car by smashing the front driver side window in retaliation for me using street signs to warn the public about the Communist takeover of America.

7. GSU Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

8. GSU Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and

economics.

9. GSU Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

10. GSU Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

11. GSU Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

12. GSU Communist professors conceal from students that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would bring mass poverty and starvation by default.

13. GSU Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

14. **Defendant Kathryn McClymond** President of Oglethorpe University, employs professors at Oglethorpe (Oglethorpe Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

15. Oglethorpe Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

16. Oglethorpe Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

17. The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that Oglethorpe Communist

professors promote in Atlanta.

**18.** Oglethorpe Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**19.** Oglethorpe Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**20.** Oglethorpe Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**21.** Oglethorpe Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**22.** Oglethorpe Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

**23.** Oglethorpe Communist professors conceal from students that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would bring mass poverty and starvation by default.

**24.** Oglethorpe Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**25. Defendant F. DuBois Bowman**, President of Morehouse College, employs professors at Morehouse (Morehouse Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

**26.** Morehouse Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

**27.** Morehouse Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**28.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that Morehouse Communist professors promote in Atlanta.

**29.** Morehouse Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**30.** Morehouse Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**31.** Morehouse Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**32.** Morehouse Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**33.** Morehouse Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

**34.** Morehouse Communist professors conceal from students that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would induce mass poverty and starvation by default.

**35.** Morehouse Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**36. Defendant Christopher L. Augostini**, President of Emory University, employs

professors at Emory (Emory Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

**37.** Emory Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

**38.** Emory Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**39.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that Emory Communist professors promote in Atlanta.

**40.** Emory Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**41.** Emory Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**42.** Emory Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**43.** Emory Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**44.** Emory Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

**45.** Emory Communist professors conceal from students that capitalism (free-enterprise) is

humanity's only viable means of production for sovereign nations and that to abolish capitalism would bring mass poverty and starvation by default.

**46.** Emory Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**47. Defendant** ,

employs professors (Georgia Tech Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

**48.** Georgia Tech Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

**49.** Georgia Tech Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**50.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that Georgia Tech Communist professors promote in Atlanta.

**51.** Georgia Tech Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**52.** Georgia Tech Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**53.** Georgia Tech Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**54.** Georgia Tech Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**55.** Georgia Tech Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

**56.** Georgia Tech Communist professors conceal from students that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would bring mass poverty and starvation by default.

**57.** Georgia Tech Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**58.** **Defendant Ayanna Howard,** President of Spelman College, employs professors (Spelman Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

**59.** Spelman Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

**60.** Spelman Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**61.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that Spelman Communist professors promote in Atlanta.

**62.** Spelman Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**63.** Spelman Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**64.** Spelman Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**65.** Spelman Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**66.** Spelman Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

**67.** Spelman Communist professors conceal from students that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would bring mass poverty and starvation by default.

**68.** Emory Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**69. Defendant George T. French**, President of Clark Atlanta University, employs professors (Clark Atlanta Communist professors) who indoctrinate students with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

**70.** Clark Atlanta Communist professors knowingly falsely teach students that it is legal to turn the United States into a Communist (Socialist) nation.

**71.** Clark Atlanta Communist professors are part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**72.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that Clark Atlanta Communist professors promote in Atlanta.

**73.** Clark Atlanta Communist professors are part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**74.** Clark Atlanta Communist professors knowingly falsely teach students that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**75.** Clark Atlanta Communist professors know that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**76.** Clark Atlanta Communist professors know that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**77.** Clark Atlanta Communist professors knowingly falsely teach students that Communism (Socialism) is a viable means of production and economics without capitalism.

**78.** Clark Atlanta Communist professors conceal from students that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would bring mass poverty and starvation by default.

**79.** Clark Atlanta Communist professors conceal from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**80. Defendant Democratic Socialists of America (DSA)**—a.k.a. Atlanta Democratic Socialists of America—indoctrinates students and the public with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn the United States into a Communist (Socialist) nation.

**81.** DSA knowingly falsely teaches the public that it is legal to turn the United States into a Communist (Socialist) nation.

**82.** DSA is part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**83.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that DSA promotes in Atlanta.

**84.** DSA is part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**85.** DSA knowingly falsely teach students and the public that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**86.** DSA knows that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**87.** DSA knows that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**88.** DSA knowingly falsely teaches students and the public that Communism (Socialism) is a viable means of production and economics without capitalism.

**89.** DSA conceals from students and the public that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would induce mass poverty and starvation by default.

**90.** DSA conceals from students and the public the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

**91. Defendant Atlanta Liberation Center (ALC)** indoctrinates students and the public with Communism (a.k.a. Socialism) as part of an open national agenda and conspiracy to turn

the United States into a Communist (Socialist) nation.

**92.** ALC knowingly falsely teaches the public that it is legal to turn the United States into a Communist (Socialist) nation.

**93.** ALC is part of the Communist movement to attract and or recruit "foot soldiers" in Atlanta to be part of the Communist (Socialist) takeover of America.

**94.** The Atlanta Communist foot soldiers who vandalized my car December 13, 2025 were recruited and or attracted by the Communist movement that ALC promotes in Atlanta.

**95.** ALC is part of the Communist (Socialist) movement to abolish capitalism (free-enterprise) from the U.S.

**96.** ALC knowingly falsely teaches students and the public that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**97.** ALC knows that Communism (a.k.a. Socialism) CANNOT replace capitalism as a viable means of production and economics.

**98.** ALC knows that Communism (Socialism) has no viable means of production and economics for a sovereign nation without capitalism.

**99.** ALC knowingly falsely teaches students and the public that Communism (Socialism) is a viable means of production and economics without capitalism.

**100.** ALC conceals from students and the public that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would induce mass poverty and starvation by default.

**101.** ALC conceals from students the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

## RELIEF WANTED

## DEMAND FOR JURY TRIAL FOR DAMAGES

I seek a jury trial to determine compensatory and punitive damages due to Defendants' foot soldiers smashing my car window and preventing me from recruiting volunteers. I seek $2 million in compensatory damages, and $10 million in punitive damages or whatever the jury decides is just and proper.

## DECLARATORY RELIEF SOUGHT

It is prayed:

**i.** that the Court DECLARE that Defendants are part of the national conspiracy and movement to illegally turn the United States into a Communist (a.k.a. Socialist) nation.

**ii.** that the Court DECLARE that Defendants commit fraud against the public and the United States by teaching U.S. citizens that it is legal to turn the United States into a Communist (a.k.a. Socialist) nation.

**iii.** that the Court DECLARE **ARTICLE IV, Section 4** of the U.S. Constitution bars the United States from becoming a Communist (Socialist) or Islamist form of government.

**iv.** that the Court DECLARE **ARTICLE IV, Section 4** of the Constitution bars each of the fifty (50) states of the United States from becoming a Communist (Socialist) or Islamist form of government.

**v.** that the Court DECLARE **ARTICLE IV, Section 4** of the Constitution promises every U.S. citizen a Republican form of government, which excludes Communist (Socialist) and Islamic forms of government.

**vi.** that the Court DECLARE **ARTICLE IV, Section 4** of the Constitution bars Congress and all political and government actors from turning the United States into a Communist

(Socialist) or Islamic form of government.

**vii.** that the Court DECLARE that Defendants are part of the Communist movement to attract and or recruit "foot soldiers" to be part of the Communist (Socialist) takeover of America.

**viii.** that the Court DECLARE that Defendants commit fraud against the public and the United States by teaching U.S. citizens that Communism (a.k.a. Socialism) can replace capitalism (free-enterprise) as a viable means of production and economics.

**ix.** that the Court DECLARE that Defendants commit fraud against the public and the United States by teaching U.S. citizens that Communism (Socialism) is a viable means of production and economics without capitalism.

**x.** that the Court DECLARE that Defendants commit fraud against the public and the United States by concealing from students and the public that capitalism (free-enterprise) is humanity's only viable means of production for sovereign nations and that to abolish capitalism would induce mass poverty and starvation by default.

**xi.** that the Court DECLARE that Defendants commit fraud against the public and the United States by concealing from students and the public the obvious, easy ways to remedy the shortcomings of capitalism—like placing only honest people over institutions.

## IMMEDIATE PRELIMINARY INJUNCTION SOUGHT

The fraud committed by Defendants and or their subordinates is public knowledge and irrefutable, by which the Court may take judicial notice. It is thus prayed that the Court issue an immediate Preliminary Injunction that ORDERS each Defendant to:

**a)** CEASE and DESIST from teaching students and the public the falsehood that it is legal for the United States to become a Communist (Socialist) form of government.

**b)** CEASE and DESIST from teaching students and the public the falsehood that Communism (Socialism) can viably replace capitalism (free-enterprise).

**c)** CEASE and DESIST from teaching students and the public the falsehood that Communism (Socialism) is a viable form of government without capitalism.

**d)** CEASE and DESIST from teaching students and the public the falsehood that Communism (Socialism) presents a viable means of production without capitalism.

**e)** CEASE and DESIST from concealing from students and the public the obvious, easy ways to remedy the shortcomings of capitalism.

**f)** CEASE and DESIST from concealing from students and the public that Communism (Socialism) without capitalism (free-enterprise) induces mass poverty and starvation by default.

It is prayed that the Court grant whatever further relief it deems just and proper.

Respectfully submitted this 19TH day of October, 2026

David Cobble

David Cobble

**VERIFICATION**

I, David Cobble, hereby declare under the penalty of perjury that the foregoing facts in the above Complaint are true and correct to the best of my knowledge.

Signed David Cobble Date October 19, 2026

# Karl Marx "Communist Manifesto" Was Written to Destroy the Human Race
## (It Means Communism Is A Criminal Enterprise)

A Paper by WATCHMAN David Cobble

Both Communists and professed Socialists in the U.S. are Communists. That's because both believe in 100% of teachings of Karl Marx's pamphlet *Communist Manifesto* (published 1848, and coauthored by Frederick Engels). It's easy to prove that Communism was created to end the human race because it seeks to destroy **the first two institutions** God the Creator created. The two institutions are the **two-parent nuclear family** and the **free-enterprise system** (free trade), which became "capitalism" for the modern era of 8 billion people. Both were the first institutions because they are meant to see to the survival, wellbeing and prosperity of every person on earth.

### Genesis 2: Creator Creates the Husband and Wife Nuclear Family

The Creator creates the nuclear family in Genesis 2:24. He decrees: "**Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh**" (KJV). The healthy family provides security and emotional and material support for family members. It is from the family that we learn about ***love*** and ***responsibility***. We give and receive love, and when properly taught, we get the sociability and self-esteem to deal with the challenges of life and the world at large as adults. The human race survives and thrives on love because the Creator created the spirit in every person for the purpose of love. It all begins with the husband/wife nuclear family.

### Genesis 3: Creator Creates the Free-Enterprise System




Free-enterprise arises from the punishment or curse in Genesis 3:19, which the Creator decrees: "**In the sweat of thy face thou shalt eat bread, till thou return unto the ground...**" That means man must WORK to survive. He survives by going to work either by starting his own business for money, or he sells his labor for wages. Work automatically formed the system of free-trade, and in Genesis 23:16, we see Abraham buying a plot of land with money: "**Abraham weighed to Ephron the silver... four hundred shekels of silver, current money with the merchant.**" He paid a "merchant," a businessman. This is the institution of free-enterprise created by the Creator for survival of the human race. The means of work (i.e., production) begins and ends with the individual, and individuals pooling together (to create companies) to work.

As free-enterprise became more complex to accommodate the modern era of billions of people on earth, it morphed into capitalism owing to new ways to manage and expand money and provide income, such as paper currency, banks, corporations, industrialization, part ownership of companies through stocks, compounded interest, pensions, insurance and so on.

### The Deep State (Globalists) Corrupt Capitalism to Lure People to Communism

As shown, capitalism originates from the Bible as an extension of free-enterprise. It is the only correct form of economics. People must be free to work and produce for themselves to survive and thrive. But our institutions must be run by honest people for capitalism to be healthy. The current class of people running institutions in the U.S.—the deep state, aka globalists—are thoroughly corrupt and have perverted capitalism to lure people into calling for Communism.

### Marx Targets the Family and Capitalism in *Communist Manifesto* to Destroy Humanity

So then, the two-parent family and free-enterprise/capitalism are vital to human existence as well as prosperity. Both institutions were created by the Creator for this purpose. Anyone who targets de-

struction of these two institutions is obviously trying to end the human race.

That is what Karl Marx specifically attempts in his *Communist Manifesto*. There are four sections in the *Manifesto* booklet, and in Section 1, *Bourgeois and Proletarians*, Marx writes of "Abolition of the Family!" He then continues:

> "On what foundation is the present family, the bourgeois family, based? On capital, on private gain... The bourgeois **family will vanish** as a matter of course when its complement vanishes, and both will vanish with the **vanishing of capital.**" [Emphasis added.]

By bourgeois family (pronounced "boos-wah"), Marx means the husband and wife nuclear family. Then the *Manifesto* attacks "free trade," stating the ruling class "has set up that single, unconscionable freedom —Free Trade." The *Manifesto* continues:

> "**All that we want to do away with, is the miserable character of this appropriation**, under which **the laborer lives merely to increase capital**...
>
> In bourgeois society capital is independent and has individuality...
>
> And the abolition of this state of things is called by the bourgeois: **abolition of individuality and freedom**! And rightly so. The abolition of bourgeois individuality, bourgeois independence, and bourgeois freedom is undoubtedly aimed at...
>
> By freedom is meant... free trade, free selling and buying.
>
> **But if selling and buying disappears, free selling and buying disappears also.**" [Emphasis added.]



Hardcore Communist Hasan Piker, the new face of the Democrat Party, speaks at Yale Univ. April 14, 2026, to support Democrats' Resolution **"End the American Empire."** He called for the overthrow of America and capitalism.

In these passages, Marx seeks to end the family and capitalism. At the end of the *Manifesto*, Section 4, Marx and Engels write: "Communists... openly declare that their ends can be attained only by the **forcible overthrow of all existing social conditions**."

That Communists seek to end the family and free-enterprise/capitalism, alone, proves Communism was created to end the human race.

## Why Is Democrat Party Hierarchy Complicit With Communists to Destroy Humanity?

The Democrat Party was the Confederacy during the Civil War (1861-1865). The Dem hierarchy used slavery as a pretext to try to break up the United States. President Lincoln repeatedly said he could not legally end slavery because slavery was in the Constitution. He signed the Emancipation Proclamation to end slavery in 1863 only after Democrats forced his hand. That prompted Congress to remove slavery from the Constitution after the war.

Today's Democrat Party hierarchy is Communist, having the same goal to break apart the United States. Dems unveiled their "**End the American Empire**" Resolution at Yale University in April 2026. Arch-Communist Hasan Piker was called on to speak on their agenda. His speech openly called to overthrow America and capitalism. Their goal to wipe out the human race makes Communism a criminal enterprise, which President Trump and law enforcement must deal with.

That annihilation is their endgame, alone, proves that they're being guided by satanic forces. As Satan and his fallen angels fell to earth in Revelation 12, they came determined to end the human race. Rev. 12:12 warns: "**Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time**" [to kill you all].

But fallen angels (demons) are spirits, they cannot reach into our physical realm to kill people. They must recruit people who can be tricked, or are capable of extreme evil and willing to kill off the human race. The Democrat Party is one of many organizations chosen for this purpose.