RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 19 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division**

David Cobble
Plaintiff
V.

M. Brian Blake
President of
Georgia State University (GSU)

Angel Cabrera
President of
Georgia Institute of Technology
(Georgia Tech)

Kathryn McClymond
President of Oglethorpe University

F. DuBois Bowman
President of Morehouse College

Atlanta Liberation Center (ALC)
(Communists)

Ayanna Howard
President of Spelman College

Christopher L. Augostini
President of Emory University

George T. French
President of Clark Atlanta University

Democratic Socialists of America (DSA)
(Communists) / a.k.a. Atlanta Democratic Socialists of America)

Defendants

Fraud Against U.S. Citizens, Conspiracy to Subvert U.S. Constitution and Guarantee of Republican Form of Government, Violation of Civil Rights

CASE NO. 1:26-CV-6305

**MOTION FOR IMMEDIATE PRELIMINARY INJUNCTION
TO END FRAUD AT UNIVERSITIES AND COMMUNIST GROUPS**

Comes Now Plaintiff in the above styled case to motion the Court—pursuant to pp. 19-20 of the Complaint and Rules 57 and 65, FRCP,—for an immediate Preliminary Injunction to end the public fraud at universities and Communist groups. The fraud committed by Defendants and or their subordinates is public knowledge and irrefutable. It is thus prayed that the Court issue an immediate Preliminary Injunction that ORDERS each Defendant to:

**a)** CEASE and DESIST from teaching students and the public the falsehood that it is legal for the United States to become a Communist (Socialist) form of government.

**b)** CEASE and DESIST from teaching students and the public the falsehood that Communism (Socialism) can viably replace capitalism (free-enterprise) as a means of production and economics.

**c)** CEASE and DESIST from teaching students and the public the falsehood that Communism (Socialism) is a viable form of government without capitalism.

**d)** CEASE and DESIST from teaching students and the public the falsehood that Communism (Socialism) is a viable means of production without capitalism.

**e)** CEASE and DESIST from concealing from students and the public the obvious, easy ways to remedy the shortcomings of capitalism.

**f)** CEASE and DESIST from concealing from students and the public that Communism (Socialism) without capitalism (free-enterprise) induces mass poverty and starvation by default.

It is prayed that the Court grant whatever further relief it deems just and proper.

Respectfully submitted this 19TH day of October, 2026.

David Cobble

David Cobble